UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C.-Atlanta

JUN 3 2005

LUTHER D. THOMAS, CLERK
By: [signature]
Deputy Clerk

PRIME TECHNOLOGICAL SERVICES, INC.,

    Plaintiff

v.

ALAN JOHNSON

    Defendant

1:00-CV-2186-ODE

## ORDER REGARDING AUDIO-VISUAL/COMPUTER EQUIPMENT

Pursuant to Local Rule 83.4(A) for the Northern District of Georgia, it is hereby ordered that the following individual(s) be allowed to bring computer equipment to Courtroom 1908 on the 19th floor of the United States Courthouse only for the purpose of the presentation of evidence or the perpetuation of a record on **MONDAY, JUNE 6, 2005, AT 9:30 A.M.,**:

    Aaron B. Chausmer, Benjamin Fink, or their representative

Proper identification will be required upon entering the security station on the plaza or lower plaza level. Said equipment shall be subject to inspection by the United States Marshal's Service.

This order shall be effective until close of business on **FRIDAY, JUNE 3, 2005.**

    SO ORDERED, this __3__ day of June, 2005.

[signature]
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE