```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION
```

| | |
|---|---|
| PRIME TECHNOLOGICAL SERVICES, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ALAN JOHNSON, )<br>)<br>Defendant. ) | CIVIL ACTION FILE<br>NUMBER 1:00-CV-2186-ODE |

**DEFENDANT'S AMENDMENT TO ATTACHMENT "F-2" OF THE CONSOLIDATED PRETRIAL ORDER**

COMES NOW Defendant Alan Johnson and hereby amends Attachment "F-2" of the Pretrial Order to add Arba J. McCullough as a potential witness in this case.

This the 7th day of June, 2005.

                                          Respectfully submitted,

                                          BERMAN FINK VAN HORN P.C.

                                          By: <u>s/ Benjamin I. Fink</u>
                                                Benjamin I. Fink
                                                Georgia Bar No. 261090

                                          By: <u>s/Aaron B. Chausmer</u>
                                                Aaron B. Chausmer
                                                Georgia Bar No. 119998

3423 Piedmont Road, N.E., Suite 200    COUNSEL FOR DEFENDANT
Atlanta, Georgia 30305-4802                   ALAN JOHNSON
(404) 261-7711
(404) 233-1943 (facsimile)
bfink@bfvlaw.com
achausmer@bfvlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2005, I electronically filed DEFENDANT'S AMENDMENT TO ATTACHMENT "F-2" OF THE CONSOLIDATED PRETRIAL ORDER with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Gary Bunch, Esquire
>Gary Bunch P.C.
>1718 Peachtree Street NW
>Suite 1085
>Atlanta, Georgia 30309
>
>*Counsel for Plaintiff Prime Technological Services, Inc.*

This the 7th day of June, 2005.

>>BERMAN FINK VAN HORN P.C.
>>
>>By:  s/ Aaron B. Chausmer
>>     Aaron B. Chausmer
>>     Georgia Bar No. 119998

| | |
|---|---|
| 3423 Piedmont Road, N.E. | COUNSEL FOR DEFENDANT |
| Suite 200 | ALAN JOHNSON |
| Atlanta, Georgia 30305-4802 | |
| (404) 261-7711 | |
| achausmer@bfvlaw.com | |

H:\01022-1\Pleading\amendf2.wpd